

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 10 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0170                    DATE: 3/4/2015
    COA #: 12-14-00343-CV      TC#: 2014C-0199
STYLE: CAROLE ANN WALLACE
    v. BARBARA LOUISE HERNANDEZ

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702